KALYAN POKALA
California Bar No. 259947
MATTHEW ZARLEY
California Bar No. 332236
POKALA LAW APC
2535 Kettner Blvd. Ste. 2C-2
San Diego, CA 92101
Telephone: (619) 326-8036
Facsimile: (619) 878-5815
Email: kalyan@pokalalaw.com
Email: mzarley@pokalalaw.com

Attorneys for Plaintiff
Carolina Zurega

RANDY S. GROSSMAN
United States Attorney
MORGAN P. SUDER
Assistant U.S. Attorney
California Bar No. 292499
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-8819
Facsimile: (619) 546-7751
Email: morgan.suder@usdoj.gov

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINE ZUREGA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No.: 22-cv-0352-W-BGS<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Caroline Zurega ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively, "the parties") have reached a settlement in this action. The parties anticipate finalizing the settlement process within the next six-to-eight weeks and filing a joint motion to dismiss the case with prejudice promptly thereafter.

Dated: December 7, 2022                POKALA LAW APC

*s/ Kalyan Pokala*
KALYAN POKALA
Attorney for Plaintiff

Dated: December 7, 2022                RANDY S. GROSSMAN
United States Attorney

*s/ Morgan P. Suder*
MORGAN P. SUDER
Assistant U.S. Attorney
Attorneys for Defendant

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, Kalyan Pokala, and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 7, 2022                *s/ Morgan P. Suder*
MORGAN P. SUDER
Assistant U.S. Attorney