| | |
|---|---|
| 1 | KALYAN POKALA |
| | California Bar No. 259947 |
| 2 | MATTHEW ZARLEY |
| | California Bar No. 332236 |
| 3 | POKALA LAW APC |
| | 2535 Kettner Blvd. Ste. 2C-2 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 326-8036 |
| 5 | Facsimile: (619) 878-5815 |
| | Email: kalyan@pokalalaw.com |
| 6 | Email: mzarley@pokalalaw.com |
| 7 | Attorneys for Plaintiff |
| | Caroline Zurega |

Attorneys for Plaintiff
Caroline Zurega

RANDY S. GROSSMAN
United States Attorney
MORGAN P. SUDER
Assistant U.S. Attorney
California Bar No. 292499
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-8819
Fax: (619) 546-7751
Email: morgan.suder@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE ZUREGA, an individual, | Case No.: 22-cv-0352-W-BGS |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| THE UNITED STATES OF AMERICA, | JUDGE: Hon. Thomas J. Whelan |
| Defendant. | |

Plaintiff Caroline Zurega ("Plaintiff") and Defendant the United States of America ("Defendant") (collectively, "the parties"), by and through their attorneys of record, hereby move and jointly request that the Court dismiss Plaintiff's First Amended Complaint in this action with prejudice.

Good cause exists for this motion as the parties have resolved all the claims and issues identified in Plaintiff's First Amended Complaint and agree that this action should be dismissed with prejudice. The parties further agree that each party shall bear its own attorneys' fees and costs of suit.

Based upon the foregoing, the parties respectfully request that the Court enter an order dismissing this action with prejudice.

Dated: January 17, 2023       POKALA LAW APC

                              *s/ Kalyan Pokala*
                              KALYAN POKALA
                              Attorney for Plaintiff

Dated: January 17, 2023       RANDY S. GROSSMAN
                              United States Attorney

                              *s/ Morgan P. Suder*
                              MORGAN P. SUDER
                              Assistant U.S. Attorney
                              Attorneys for Defendant

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, Kalyan Pokala, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 17, 2023       *s/ Morgan P. Suder*
                              MORGAN P. SUDER
                              Assistant U.S. Attorney