# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE ZUREGA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 22-CV-00352-W-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 16]** |

//
/
/
/
/
/
/
//

    Pending before the Court is the parties' Joint Motion to Dismiss with Prejudice [Doc. 16]. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows parties to dismiss a case without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). The stipulation is signed by counsel for both parties. The Court therefore **DISMISSES WITH PREJUDICE** all claims asserted by Plaintiff Caroline Zurega against Defendant the United States of per the parties'

stipulation. Per the terms of the stipulation, each party is to bear its own attorneys' fees and costs. The Clerk of Court is hereby **ORDERED** to close the district court case file.

    **IT IS SO ORDERED**.

Dated: January 17, 2023

                                                   *[signature]*
                                          Hon. Thomas J. Whelan
                                          United States District Judge

22-CV-00352-W-BGS